IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LARRY L. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 3:15cv195 (MHL) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on February 4, 2016 (ECF No. 16). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation (ECF No. 16) is ADOPTED as the opinion of this Court.

(2) Plaintiff's Motion for Summary Judgment or in the Alternative, Motion for Remand is DENIED IN PART and GRANTED IN PART (ECF Nos. 12 and 13.) The Court DENIES that portion of Plaintiff's Motion requesting Summary Judgment and GRANTS that portion of Plaintiff's Motion requesting Remand.

(3) Defendant's Motion for Summary Judgment (ECF No. 15) is DENIED.

(4) The final decision of the Commissioner is VACATED and REMANDED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: 2-26-16